UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Tangie L Smith<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19 B 16403<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

### Order Dismissing Case for Unreasonable Delay

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,
IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

*/s/ Honorable A. Benjamin Goldgar*
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 27 AUG 2019

**Prepared by counsel of Movant:**
Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300

Rev: 20151029_bko